## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| DANIEL HAWKINS<br><br>Plaintiffs,<br><br>v.<br><br>MIAMI COUNTY EMERGENCY MANAGEMENT AGENCY<br><br>Defendant. | CASE NO. 3:22-cv-341-MGG |

### ORDER

This matter is before the Court on a Stipulation of Dismissal [DE 35], filed by the parties on September 7, 2023. The parties advise the Court that they agree and stipulate to the dismissal, with prejudice, of this case, costs paid.

Accordingly, the Court hereby **GRANTS** the motion contained in the Stipulation of Dismissal [DE 35] and **ORDERS** that this case be **DISMISSED with prejudice**.

All deadline and pending motions settings are **VACATED**.

SO ORDERED this 21st day of September 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge